IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH H. LEWIS, JR. | : | **JURY TRIAL DEMANDED** |
| Plaintiffs | : | |
| | : | **No. 16-5874** |
| v. | : | |
| UNIVERSITY OF PENNSYLVANIA | : | **CIVIL ACTION** |
| Defendant. | : | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of Joe H. Tucker, Jr., Esquire as counsel for defendant in the above-referenced matter.

                                               **TUCKER LAW GROUP, LLC**

Dated: December 9, 2016         /s/JHT2465
                                                 Joe H. Tucker, Esquire
                                                 Douglas K. Jenkins, Esquire
                                                 Ten Penn Center
                                                 1801 Market Street, Suite 2500
                                                 Philadelphia, PA 19103
                                                 (215) 875-0609
                                                 Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

    I, Joe H. Tucker, Jr. Esquire, hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                           **TUCKER LAW GROUP**

Date: December 9, 2016                              /s/ JHT2465
                                                        Joe H. Tucker, Jr., Esquire