IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH H. LEWIS, JR., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | No. 16-5874 |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 21st day of August, 2017, upon consideration of Defendant's July 31, 2017 correspondence regarding availability for proposed trial dates, it is **hereby ORDERED** that the parties shall continue to keep the weeks of January 8, 2018 and January 15, 2018 tentatively available, along with the week of February 5, 2018.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1