# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH H. LEWIS, JR., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | No. 16-5874 |
| *Defendant*. | : | |

## O R D E R

**AND NOW**, this 29th day of January, 2018, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 14), Defendant's Exhibits to Motion for Summary Judgment (Doc. No. 15), Plaintiff's Response in Opposition (Doc. No. 21), Plaintiff's Supplemental Summary Judgment Opposition Brief (Doc. No. 27), Defendant's Reply Memorandum in Support of Motion (Doc. No. 28), Plaintiff's Supplemental Summary Judgment Opposition Brief (Doc. No. 30), Defendant's Supplemental Memorandum in Support of Motion for Summary Judgment (Doc No. 32), and oral argument held on October 4, 2017, it is hereby **ORDERED** that the Defendant's Motion for Summary Judgment (Doc. No. 14) is **GRANTED IN PART** and **DENIED IN PART** as outlined in the Court's January 29, 2018 memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE