DATE OF NOTICE:    February 27, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSPEH H. LEWIS, JR., | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | |
| *Defendant*. | : | NO.   16-5874 |

## NOTICE OF SCHEDULING CHAMBERS CONFERENCE

A Chambers Conference in this matter has been scheduled for Monday, April 2, 2018 at 4:00 p.m. with the Honorable Gene E.K. Pratter in Chambers, Room 10613, in the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                                S/Shelli L. MacElderry
                                                Shelli L. MacElderry for
                                                Rose A. Barber
                                                Deputy Clerk - Civil
                                                For Judge Gene E.K. Pratter
                                                267-299-7352

Copies forwarded by ECF to:
Timothy P. Creech
Joe H. Tucker, Jr.
Michon L. Crawford