IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH H. LEWIS, JR., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | No. 16-5874 |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 9th day of March, 2018, upon consideration of the Court's Memorandum and Order granting in part and denying in part Defendant's Motion for Summary Judgment (Doc. No. 14), Plaintiff's Motion for Reconsideration (Doc. No. 36), and Defendant's Response (Doc. No. 37), it is hereby **ORDERED** that the Plaintiff's Motion for Reconsideration (Doc. No. 36) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE